IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-31169
Conference Calendar

_____

WILLIE M. BURLEY,

                                        Plaintiff-Appellant,

versus

SHERRY L. GORMAN, ETC; ET AL.

                                        Defendants,

ALFRED THERIOT, JR.; JOHNNY MARINO, and his
liability insurance carrier; JAMES MORGAN;
GREGORY CHAMPAGNE, and his liability
insurance carrier,

                                        Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 97-CV-2373-F
- - - - - - - - - -

August 26, 1999

Before KING, Chief Judge, and JOLLY and DAVIS, Circuit Judges.

PER CURIAM:[*]

    Willie M. Burley appeals from the magistrate judge's entry of summary judgment for the defendants-appellees.  We hold that St. Charles Parish Detective Alfred Theriot, Jr., is entitled to qualified immunity in connection with Burley's arrest and incarceration.  See Malley v. Briggs, 475 U.S. 335, 344-45

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

(1986); <u>see</u> <u>Morin v. Caire</u>, 77 F.3d 116, 122 (5th Cir. 1996). Burley's state-law claims fail because he "present[ed] no factual evidence indicating either malice or an ulterior motive on the part of [Theriot]." <u>Morin</u>, 77 F.3d at 122-23. Burley has abandoned any claims against defendants-appellees other than Theriot by failing to brief any argument in connection therewith. <u>See</u> <u>Yohey v. Collins</u>, 985 F.2d 222, 224-25 (5th Cir. 1993).

AFFIRMED.